JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JULIAN STIVEN RIVEROS CADAVID,

               Petitioner,

               v.

DEPARTMENT OF HOMELAND SECURITY, et al,

               Respondents.

Case No. 5:26-cv-01805-KK-DTB

**JUDGMENT**

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment,

**IT IS ADJUDGED** that the Petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in Petitioner's Motion for a Temporary Restraining Order granted by the District Court (Docket No. 11) on April 17, 2026.

Dated: May 5, 2026

_____
KENLY KIYA KATO
United States District Judge

1